JEFFREY D. POLSKY (State Bar No. 120975)
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
AMERICAN GUILD OF MUSICAL ARTISTS, AFL-CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUILD OF MUSICAL ARTISTS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>Defendant. | CASE NO. C 04-05005 JCS<br><br>**STIPULATION AND REQUEST FOR FURTHER ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date of Conference: June 23, 2005 |

Subject to the approval of this Court, the parties, through their attorneys, stipulate as follows:

1.      Plaintiff American Guild of Musical Artists, AFL-CIO ("plaintiff" or "AGMA") and defendant San Francisco Opera Association ("defendant" or "San Francisco Opera") are parties to a collective bargaining agreement. AGMA filed this action on November 24, 2004 to compel defendant San Francisco Opera to arbitrate certain disputes pursuant to the grievance procedures specified in that collective bargaining agreement.

2.      Since this action was filed, plaintiff and defendant, through their attorneys, have arranged to process the pending grievances. The parties have met on six separate occasions. Tom Angelo, an arbitrator and mediator retained by the parties, and the parties' counsel, were present for four of those meetings (most recently on June

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET,
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

STIPULATION AND REQUEST FOR ORDER CONTINUING                    CASE NO. C 04-05005 JCS
CASE MANAGEMENT CONFERENCE

15, 2005).  Through these meetings and related negotiations, the parties have resolved the vast majority of the outstanding grievances.  They hope to resolve the remaining issues in this same manner or, if necessary, through the arbitration procedures provided in the collective bargaining agreement, without substantial further involvement by this Court.

3.       Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and paragraph 4 of Magistrate Judge Spero's Case Management Order, the parties respectfully request that the Case Management Conference scheduled for June 23, 2005 be continued for  90 days to September 23, 2005, or to such other date as the Court deems appropriate.  They further request that the deadlines for completing initial disclosures or stating objections in the Rule 26(f) Report, filing and serving a Case Management Statement, and filing and serving a Rule 26(f) Report be continued to a date one week before the rescheduled Case Management Conference.

4.       The parties made a similar request concerning the Case Management Conference initially scheduled for March 25, 2005.  Since they continue to make progress in resolving the underlying disputes, the parties respectfully request that the Court grant this further continuance.

5.       Counsel for plaintiff is filing this stipulation electronically and hereby attests, pursuant to General Order 45, Section X(B), that defendant concurs in the filing.

DATED:  June 21, 2005                    KAUFF McCLAIN & McGUIRE LLP


/s/ Jeffrey D. Polsky

Attorneys for Plaintiff
AMERICAN GUILD OF MUSICAL
ARTISTS, AFL-CIO

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET,
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

-2-

STIPULATION AND REQUEST FOR ORDER CONTINUING          CASE NO. C 04-05005 JCS
CASE MANAGEMENT CONFERENCE

1   DATED:  June 21, 2005                    FOLGER LEVIN & KAHN LLP

2

3                                            /s/ Susan W. Ansberry

4                                            Attorneys for Defendant
                                             SAN FRANCISCO OPERA ASSOCIATION
5

6                                    ~~PROPOSED~~ ORDER

7           The Case Management Conference in this matter is hereby continued to

8    July 15, 2005 in Courtroom A, 15th Floor at 1:30 p.m.  The last day to complete initial

9    disclosures or state objection in Rule 26(f) Report, file and serve a Case Management

10   Statement, and file and serve a Rule 26(f) Report is hereby continued to July 8, 2005.

11          IT IS SO ORDERED.

12

13       Dated:  __June 21, 2005__          _____
                                            /s/ Joseph C. Spero
14                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET,
SUITE 2600
SAN FRANCISCO, CA   94104
TELEPHONE (415) 421-3111

STIPULATION AND REQUEST FOR ORDER CONTINUING                    CASE NO. C 04-05005 JCS
CASE MANAGEMENT CONFERENCE