JEFFREY D. POLSKY (State Bar No. 120975)
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Plaintiff
American Guild Of Musical Artists, AFL-CIO

FOLGER LEVIN & KAHN LLP
Susan W. Ansberry (SB# 121300)
Jessica Tomlinson (SB# 220531)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: sansberry@flk.com
       jtomlinson@flk.com

Attorneys for Defendant San Francisco Opera
Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN GUILD OF MUSICAL ARTISTS, AFL-CIO, | Case No. C-04-05005 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAN FRANCISCO OPERA ASSOCIATION, | Date of Conference: October 14, 2005 |
| Defendant. | |

Subject to the approval of this Court, the parties, through their attorneys, stipulate as follows:

1. Plaintiff American Guild of Musical Artists, AFL-CIO ("plaintiff" or "AGMA") and defendant San Francisco Opera Association ("defendant" or "San Francisco Opera") are parties to a collective bargaining agreement. AGMA filed this action on November 24, 2004 to compel defendant San Francisco Opera to arbitrate certain disputes pursuant to the grievance procedures specified in that collective bargaining agreement.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND REQUEST FOR ORDER
CONTINUING CASE MANAGEMENT CONFERENCE;
CASE NO. C04-5005 JCS

2. Since this action was filed, plaintiff and defendant, through their attorneys, have arranged to process the pending grievances. The parties have met on six separate occasions. Tom Angelo, an arbitrator and mediator retained by the parties, and the parties' counsel, were present for four of those meetings (most recently on June 15, 2005). Through these meetings and related negotiations, the parties have resolved the vast majority of the outstanding grievances.

3. The Court held an initial case management conference in this case on July 15, 2005, at which time the Court set a further case management conference on October 15, 2005 to allow the parties an opportunity to resolve the remaining grievances.

4. The parties are scheduled to appear before Mr. Angelo for a further settlement meeting on November 28, 2005, to attempt to resolve the remaining grievances. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and paragraph 4 of Magistrate Judge Spero's Case Management Order, the parties respectfully request that the Case Management Conference scheduled for October 14, 2005 be continued until after the November 28 settlement meeting before Mr. Angelo. The parties propose a continuance to January 13, 2006. They further request that the deadlines for completing initial disclosures or stating objections in the Rule 26(f) Report, filing and serving a Case Management Statement, and filing and serving a Rule 26(f) Report be continued to a date one week before the rescheduled Case Management Conference.

5. Counsel for defendant is filing this stipulation electronically and hereby attests, pursuant to General Order 45, Section X(B), that plaintiff concurs in the filing.

Dated: September 12, 2005        KAUFF, McCLAIN & McGUIRE LLP

/s/ Jeffrey D. Polsky

Jeffrey D. Polsky
Attorneys for Plaintiff
AMERICAN GUILD OF MUSICAL ARTISTS,
AFL-CIO

Dated: September 12, 2005
FOLGER LEVIN & KAHN LLP

/s/ Susan W. Ansberry

Susan W. Ansberry
Attorneys for Defendant
SAN FRANCISCO OPERA ASSOCIATION

### ~~PROPOSED~~ ORDER

The Case Management Conference in this matter is hereby continued to January 13, 2006, in Courtroom A, 15th Floor at 1:30 p.m. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve a Case Management Statement, and file and serve a Rule 26(f) Report is hereby continued to January 6, 2006.

IT IS SO ORDERED.

Dated: Sept. 13, 2005

JOSEPH C. SPERO
United States Magistrate Judge

83023\5013\458650.1

STIPULATION AND REQUEST FOR ORDER
CONTINUING CASE MANAGEMENT CONFERENCE;
CASE NO. C04-5005 JCS

-3-

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW