KAUFF, McCLAIN & McGUIRE LLP
Jeffrey D. Polsky (SB# 120975)
One Post Street, Suite 2600
San Francisco, CA 94104
Telephone: (415) 955-1402
Email: polsky@kmm.com

Attorneys for Plaintiff
AMERICAN GUILD OF MUSICAL ARTISTS,
AFL-CIO

FOLGER LEVIN & KAHN LLP
Susan W. Ansberry (SB# 121300)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: sansberry@flk.com

Attorneys for Defendant
SAN FRANCISCO OPERA ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUILD OF MUSICAL ARTISTS, AFL-CIO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>    Defendant. | Case No. C-04-05005 JCS<br><br>**STIPULATION FOR DISMISSAL**<br><br>Hon. Magistrate Judge Joseph C. Spero |

STIPULATION OF DISMISSAL
Case No. C-04-05005 JCS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties hereby stipulate that this action should be dismissed with prejudice in its entirety and without costs to any party. This Stipulation is being filed electronically by Plaintiff's counsel, who hereby attests in accordance with General Order 45 Section X(B), that Defendant concurs in the filing. In addition, by his signature below, plaintiff's counsel hereby attests that he has on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this document.

**IT IS SO STIPULATED.**

Dated: June __, 2006          KAUFF, McCLAIN & McGUIRE LLP

By: ___/s/___
Jeffrey D. Polsky
Attorneys for Plaintiff
AMERICAN GUILD OF MUSICAL ARTISTS, AFL-CIO

Dated: June __, 2006          FOLGER LEVIN & KAHN LLP

By: ___/s/___
Susan W. Ansberry
Attorneys for Defendant
SAN FRANCISCO OPERA ASSOCIATION

**IT IS SO ORDERED:**

Dated: June 12, 2006          _____/s/ Joseph C. Spero_____
Judge Joseph C. Spero
United States Magistrate Judge

110215.v1